IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YELLOWBOOK INC., | : | CIVIL ACTION |
| | : | NO. 11-4526 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALWAYS IN SERVICE, INC., | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW,** this **12th** day of **August, 2013,** it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment on Plaintiff's First Amended Complaint (ECF No. 49) is **GRANTED** as to Counts I-IV of Plaintiff's First Amended Complaint;

2. Plaintiff's Motions for Summary Judgment on Defendants' Counterclaim (ECF No. 50) is **GRANTED;**

3. Plaintiff's Motion for Leave to File a Reply (ECF No. 60) is **GRANTED;**

4. Defendants' Motion for Leave to File a Surreply (ECF No. 61) is **GRANTED.**[1]

**It is further ORDERED** that, having granted summary judgment as to Counts I-IV of Plaintiff's First Amended Complaint

---

[1] The Court considered Plaintiff's Reply and Defendants' Surreply submissions in disposing of Plaintiff's motions for summary judgment.

(ECF No. 24), Plaintiff's Count VI Alternate Theory of Unjust Enrichment is **DISMISSED as moot.**  The Clerk of Court shall mark the case as **CLOSED.**

      **AND IT IS SO ORDERED.**

                /s/ Eduardo C. Robreno
                _____
                **EDUARDO C. ROBRENO,    J.**